IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILAN KJALASAN,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES GOVERNMENT;<br>UNITED STATES INTELLIGENCE<br>COMMUNITY; FEDERAL BUREAU<br>OF INVESTIGATION (FBI);<br>DEPARTMENT OF HOMELAND<br>SECURITY (DHS),<br><br>　　　Defendants. | CV 26-00005 SASP-WRP |

ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all

parties on February 11, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title

28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings

and Recommendation to (1) Dismiss Complaint With Leave to Amend and

(2) Deny Application to Proceed Without Payment of Fees or Costs as Moot", ECF

No. 10, are adopted as the opinion and order of this Court.

Plaintiff is granted forty-five (45) days from the date of this order to

file an amended complaint. Failure to cure the deficiencies identified in the

*Findings and Recommendation to (1) Dismiss Complaint With Leave to Amend and (2) Deny Application to Proceed Without Prepayment of Fees or Costs as Moot*, ECF No. 10, or failure to timely file an amended complaint may result in dismissal of this action with prejudice.

Plaintiff is to file a completed application to proceed without prepayment of costs or pay the filing fee contemporaneously with the filing of the amended complaint.

Plaintiff is cautioned that failure to file an amended complaint with an application to proceed without prepayment of costs or payment of the filing fee within the time frame specified above will result in the automatic dismissal of this action.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 2, 2026.



Shanlyn Park
United States District Judge

---

*Milan Kjalasan v. United States Government, et al.*; Civil No. 26-00005 SASP-WRP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION