IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MILAN KJALASAN,<br><br>             Plaintiff,<br><br>      vs.<br><br>UNITED STATES GOVERNMENT; UNITED STATES INTELLIGENCE COMMUNITY; FEDERAL BUREAU OF INVESTIGATION (FBI); DEPARTMENT OF HOMELAND SECURITY (DHS); MICROSOFT CORPORATION; APPLE CORPORATION; GOOGLE CORPORATION; GOVERNMENT OF EGYPT; GOVERNMENT OF THE REPUBLIC OF NORTH MACEDONIA; GOVERNMENT OF SERBIA; GOVERNMENT OF THE REPUBLIC OF CROATIA; GOVERNMENT OF MONTENEGRO; GOVERNMENT OF THE REPUBLIC OF SLOVENIA; MINISTRY OF INTERIOR; MINISTRY OF INTERIOR KOCANI; INTERPOL GENERAL SECRETARIAT,<br><br>             Defendants. | CV 26-00005 SASP-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

**ORDER ADOPTING MAGISTRATE
JUDGE'S FINDINGS AND RECCOMENDATION**

Findings and Recommendation having been filed and served on all parties on

June 26, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United

States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to

(1) Dismiss Amended Complaint Without Leave to Amend and (2) Deny Application to Proceed

Without Payment of Fees or Costs ", ECF No. 16,  are adopted as the opinion and order of this

Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, July 15, 2026.



Shanlyn A.S. Park
United States District Judge

*Milan Kjalasan v. United States Government*; Civil No. 25-00005 SASP-WRP; ORDER
ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION